**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

Morgan Kukovec

                                Plaintiff,

v.                                          Case No.: 1:22−cv−01453

                                          Unassigned

L'Oreal USA Products, Inc.

                                Defendant.

**DIVISIONAL TRANSFER NOTICE**

DIVISIONAL TRANSFER Notice. Case transferred to Western Division – Rockford. (ph, )